```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.B. and T.S., individually and on behalf of Y.B., a child with a disability,

        Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

        Defendant.

No. 21-CV-8857 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case raises claims under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:   February 23, 2022
            New York, New York

                                    Ronnie Abrams
                                    United States District Judge