```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.B. and T.S., individually and on behalf of Y.B., a child with a disability,

                Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

                Defendant.

No. 21-CV-8857 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In its order of March 10, 2022, the Court directed the parties to submit by March 30, 2022 a status letter either advising the Court that the case has settled or proposing a briefing schedule. To date, the Court has not received such a letter. The parties are ordered to file that status letter on the docket by April 11, 2022.

SO ORDERED.

Dated:   April 7, 2022
         New York, New York

                                              Ronnie Abrams
                                              United States District Judge